VICTORIA L. BOESCH (SBN 228561)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: Victoria.boesch@jacksonlewis.com

JAMIELEE F. MARTINEZ (SBN 303927)
JACKSON LEWIS P.C.
160 W. Santa Clara Street, Suite 400
San Jose, CA 95113
Telephone: (408) 579-0404
Facsimile: (408) 454-0290
Email: Jamie.Martinez@jacksonlewis.com

Attorneys for Defendants
VERIZON COMMUNICATIONS, INC. and
VERIZON WIRELESS SERVICES, LLC

AMBER LEE BISSELL, STATE BAR NO. 300356
THE LAW OFFICES OF AMBER LEE BISSELL
2181 Greenwich Street
San Francisco, CA 94123
Phone: 415-870-1357
info@amberleelaw.com

Attorney for PLAINTIFF
CHRISTOPHER McNIFF

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER McNIFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; VERIZON WIRELESS SERVICES, LLC; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:26-CV-04285<br><br>**JOINT STIPULATION FOR ORDER CONTINUING MEDIATION COMPLETION DEADLINE; ~~[PROPOSED]~~ ORDER**<br><br>Action Filed: 4/6/2026<br>Removal Date: 5/8/2026<br>Trial Date: 4/3/2028 |

Plaintiff Christopher McNiff and Defendants Verizon Communications, Inc. and Verizon Wireless Services, LLC, (collectively the Parties) hereby stipulate and request that the Court-ordered mediation completion deadline be continued for 30 calendar days from November 2, 2026, to **December 2, 2026**. Due to scheduling conflicts, the Parties were unable to schedule a mediation before their currently scheduled mediation on November 9, 2026. *See* October 21, 2026, docket text resetting mediation hearing for November 9, 2026, at 9 a.m. pending Court approval of stipulation to extend the mediation deadline). The Parties therefore respectfully request that the Court move the deadline to complete mediation to December 2, 2026, to allow them to complete the currently scheduled mediation session and any follow up that might be necessary.

IT IS SO STIPULATED AND AGREED.

Dated: October 23, 2026

THE LAW OFFICES OF AMBER LEE BISSELL

By: */s/ Amber Lee Bissell* (authorized 10/23/26)
AMBER LEE BISSELL

Attorneys for Plaintiff
CHRISTOPHER McNIFF

Dated: October 23, 2026

JACKSON LEWIS P.C.

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
JAMIELEE F. MARTINEZ

Attorneys for Defendants
VERIZON COMMUNICATIONS, INC. and
VERIZON WIRELESS SERVICES, LLC

**SIGNATURE ATTESTATION**

I hereby attest that I received permission from Amber Lee Bissell to affix her electronic signature to this document.

Dated: October 23, 2026

JACKSON LEWIS P.C.

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
JAMIELEE F. MARTINEZ

Attorneys for Defendants
VERIZON COMMUNICATIONS, INC. and
VERIZON WIRELESS SERVICES, LLC

**~~[PROPOSED]~~ ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Court-ordered mediation completion deadline is continued until December 2, 2026.

IT IS SO ORDERED.

Dated: October 26, 2026

Honorable Thomas S. Hixson
United States Magistrate Judge